06-CV-05361-ORD

FILED ____ LODGED
____ RECEIVED

JAN 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MATHESON, an individual dba BABY ZACK'S SMOKE SHOP; CATHY MATHESON, and individual; and FELICIA MATHESON, an individual,<br><br>Defendants. | No. 06-CV-05361-RBL<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

Plaintiff has filed a motion to amend the Complaint to add Nick Matheson as a defendant. Plaintiff represents that neither Mr. Matheson nor the other Defendants object to the motion. Having reviewed the files herein and having determined that granting the motion will not cause undue prejudice, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to amend the complaint is **GRANTED**.

//

//

ORDER EXTENDING DISCOVERY DEADLINES
– Page 1 of 2

Dated this 18 day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**UNITED STATES DEPARTMENT OF LABOR**

Howard M. Radzely
Solicitor of Labor

Lawrence Brewster
Regional Solicitor

Rochelle Kleinberg,
Associate Regional Solicitor

By ___s/_____
Bruce L. Brown, Attorney
WSBA 18844
1111 Third Ave., Suite 945
Seattle, WA 98101
(206) 553-0940

Dated: 1/10/07

ORDER EXTENDING DISCOVERY DEADLINES
– Page 2 of 2