```
FILED _____ LODGED
       RECEIVED

JAN 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

06-CV-05361-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MATHESON, an individual dba BABY ZACK'S SMOKE SHOP; CATHY MATHESON, and individual; and FELICIA MATHESON, an individual,<br><br>Defendants. | No. 06-CV-05361-RBL<br><br>ORDER TO EXTEND DISCOVERY DEADLINES |

The Parties having requested that the Court extend deadlines for completion of discovery and for the filing of dispositive motions, and the Court having been informed of the reasons for the request, **IT IS HEREBY ORDERED THAT**

. Discovery is to be completed by March 2, 2007

Dispositive motions are to be filed by April 2, 2007

All other deadlines established in the Court's order of November 12, 2006 remain in full force and effect.

ORDER EXTENDING DISCOVERY DEADLINES
– Page 1 of 2

Dated this 18th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**UNITED STATES DEPARTMENT OF LABOR**

Howard M. Radzely
Solicitor of Labor

Lawrence Brewster
Regional Solicitor

Rochelle Kleinberg,
Associate Regional Solicitor


By \_\_\_s/_____
　　Bruce L. Brown, Attorney
　　WSBA 18844
　　1111 Third Ave., Suite 945
　　Seattle, WA 98101
　　(206) 553-0940


Dated: 1/10/07

ORDER EXTENDING DISCOVERY DEADLINES
– Page 2 of 2