The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>PAUL MATHESON, an individual dba BABY ZACK'S SMOKE SHOP and NICK MATHESON, and individual,<br><br>Respondents. | No. 06-CV-05361-RBL<br><br>**ORDER ON PETITIONER'S MOTION TO REOPEN** |

Petitioner Hilda L. Solis, Secretary of Labor, U.S. Department of Labor, has filed a Motion to Reopen this case. On July 7, 2009 this Court entered a judgment on behalf of the Secretary finding that Defendants had violated the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("Act"). DN 47. The Court's order directed Defendants to pay $31,339.27 in overtime back wages "within 30 days of the entry of this Judgment." *Id*. at 4. The Court subsequently closed the case.

Petitioner alleges that Respondents have failed to comply with the Court's July 7, 2009 order by failing to pay back wages as ordered by the Court. As a result of these allegations Petitioner asks the Court to reopen the case so that she may file a contempt action. Respondents do not deny that they have failed to fully comply with the Court's order.

Having reviewed the materials submitted and the records and files herein, the Petitioner's Motion to Reopen is **GRANTED**.

*Solis v. Matheson et al.*, 06-CV-05361-RBL
(Proposed) Order on Motion to Reopen

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

**IT IS SO ORDERED**

Dated: December 17, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Deborah Greenfield
Acting Deputy Solicitor

Lawrence Brewster
Regional Solicitor

Bruce L. Brown
Associate Regional Solicitor

_____/s_____
WSBA 18844
U.S. DEPARTMENT OF LABOR
Counsel for Plaintiff, U.S. Dept. of Labor
1111 Third Ave., Suite 945
Seattle, WA 98101
Tel: (206) 553-0940
Fax: (206) 553-2768
E-mail: brown.bruce.l@dol.gov

*Solis v. Matheson et al.*, 06-CV-05361-RBL
(Proposed) Order on Motion to Reopen

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

Page 2 of 2